418

795 A.2d 106

### GREEN SPRING WATER CO.

v.

### Dwayne T. CARICOFE.

No. 100, Sept. Term, 2001.

Court of Appeals of Maryland.

April 5, 2002.

Brett R. Wilson (Miller, Oliver, Baker, Moylan & Stone, on brief) of Hagerstown, for Petitioner.

No argument on behalf of respondent.

Argued before BELL, C.J., ELDRIDGE, RAKER, WILNER, CATHELL, HARRELL and BATTAGLIA, JJ.

### PER CURIAM ORDER.

The Court having considered and granted the petition for writ of certiorari in the above-captioned case, it is this 5th day of April, 2002,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.